DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WESTCOR LAND TITLE INSURANCE COMPANY,**
Appellant,

v.

**THEODORE BABBITT,**
Appellee.

No. 4D18-619

[November 1, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Acting Circuit Judge; L.T. Case No. 502017CA003604XXXXMB.

David A. Green of Fox Rothschild LLP, West Palm Beach, for appellant.

Jane Kreusler-Walsh and Rebecca Mercier Vargas of Kreusler-Walsh, Vargas & Serafin, P.A., West Palm Beach, and William E. Johnson of William E. Johnson, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and KLINGENSMITH, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***